Form 7A-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 7A

|                      |
|----------------------|
| Plaintiff,           |
| v.                   |
| Defendant.           |

Court No.

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: _____

_____
Signature of Plaintiff's Attorney

_____
Attorney for Plaintiff

_____
Firm

_____
Street Address

_____
City, State and Zip Code

_____
Telephone Number

_____
E-mail Address

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

Form 7A-2

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
|  |  |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                                      Clerk, U. S. Court of International Trade

                                      By: _____
                                                      Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; and amended Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)