Form 7-1

UNITED STATES COURT OF INTERNATIONAL TRADE       FORM 7

NATURE'S TOUCH FROZEN FOODS (WEST) INC

                              Plaintiff,        Court No.    22-42

         v.

United States                               and Attached Schedule

                             Defendant.

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: 3/11/26

/s/ John M. Peterson
_____
Signature of Plaintiff's Attorney

John M. Peterson
_____
Attorney for Plaintiff

Neville Peterson LLP
_____
Firm

55 Broadway Suite 2602
_____
Street Address

New York, NY 10006
_____
City, State and Zip Code

212-635-2730
_____
Telephone Number

jpeterson@npwny.com
_____
E-mail Address

Form 7-2

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 24-22 | NATURE'S TOUCH FROZEN FOODS (WEST) INC. | 3009-21-100297 | MK855283919<br>MK855284800<br>MK855797918 |

Order of Dismissal

The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: __March 11, 2026__

Clerk, U. S. Court of International Trade

By: __/s/ Jason Chien__
Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)